# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 15, 2010

Lyle W. Cayce
Clerk

No. 10-40337
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MERCEDES CANALES CANALES, also known as Mercedes Antonio Canales
Canales, also known as Mercedes Mercedes Canales,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:09-CR-2457-1

Before WIENER, PRADO and OWEN, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Mercedes Canales
Canales has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967). Canales Canales has not filed a
response. Our independent review of the record and counsel's brief discloses no
nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-40337

withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.